United States District Court
Southern District of Texas
**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| WILL ANTONIO AYALA PAZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-98 |
| | § | |
| MARIO GARCIA, WARDEN, WEBB | § | |
| COUNTY DETENTION FACILITY *et al.* | § | |

## FINAL JUDGMENT

For the reasons the Court set forth in its Order, Petitioner's Writ of Habeas Corpus (Dkt. No. 1) is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, the Court **ENTERS** this final judgment. The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** February 5, 2026.

_____
Marina Garcia Marmolejo
United States District Judge

1